UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22cv9012 (DLC)
LISA ROBERTS, individually and as         :
mother and general guardian of M.M., a    :   ORDER
minor,                                    :
                                          :
                        Plaintiff,        :
                                          :
            -v-                           :
                                          :
WAL-MART STORES INC.,                     :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

    The Clerk of Court is directed to docket Docket No. 8 (Order dated October 18, 2022) currently in 22md3043 in this action, 22cv9012.

Dated:    New York, New York
           October 24, 2022

                                              DENISE COTE
                                    United States District Judge