
# HOLWELL SHUSTER & GOLDBERG LLP

425 Lexington Avenue
New York, New York 10017
Tel: (646) 837-5151
Fax: (646) 837-5150
www.hsgllp.com

*Eileen Monaghan DeLucia*
*(646) 837-5158*
*edelucia@hsgllp.com*

Granted —
/s/ Denise Cote
1/14/26

By ECF
The Honorable Denise L. Cote, United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

January 14, 2026

Re: *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, No. 1:22-md-3043-DLC (S.D.N.Y.)

This Document Relates To:
    *Hatfield et al. v. Wal-Mart Stores, Inc.*, No. 22-cv-9011, and
    *Roberts et al. v. Wal-Mart Stores, Inc.*, No. 22-cv-9012

Dear Judge Cote:

    I respectfully request permission to withdraw as counsel for Plaintiffs Robin Hatfield, individually and as mother and general guardian of C.H., a minor agent of C.H., and Lisa Roberts, individually and as mother and general guardian of M.M., a minor agent of M.M., for the reason that I will no longer be employed with Holwell Shuster & Goldberg LLP after January 15, 2026.

    Daniel M. Sullivan and Richard J. Holwell of Holwell Shuster & Goldberg LLP will continue to represent Ms. Hatfield, individually and as mother and general guardian of C.H., a minor agent of C.H., and Ms. Roberts, individually and as mother and general guardian of M.M., a minor agent of M.M.

                                                                  Respectfully submitted,

                                                                  /s/ Eileen Monaghan DeLucia